# United States District Court
## Southern District of Georgia

Travis Young,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV418-201

United States of America,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 3/5/19, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered denying the 2255 motion to vacate pursuant to 28:2255 and this stands closed.



| 3/5/19 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Deputy Clerk